# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### PIKEVILLE DIVISION

IN RE:

**DAKOTA G. CORNETT**                                    **CASE NO. 19-70365**
    **DEBTOR**

### TRUSTEE MOTION TO DISMISS

Comes Beverly M. Burden, Chapter 13 Trustee, by counsel and pursuant to 11 U.S.C. § 1307(c)(1) and asks the Court to dismiss this case for failure of the debtor to abide by the order [doc# 19] entered by the Court on August 12, 2019.

The order entered on August 12, 2019 ordered the Debtors to tender to the court a payroll deduction order for the plan payments.  To date, no payroll deduction order has been filed with the Court.

WHEREFORE, the trustee moves for an order dismissing the debtor's case for cause pursuant to 11 U.S.C.§1307(c)(1) for failure to abide by the order of the Court.  Further, the trustee asks for any and all other relief to which she may be entitled.

Respectfully submitted by:    Beverly M. Burden, Chapter 13 Trustee

By:   */s/Michael E. Litzinger*
    Michael E. Litzinger,
    Attorney for Trustee
    KY Bar ID:  82898
    P.O. Box 2204
    Lexington, KY 40588-2204
    (859) 233-1527
    notices@ch13edky.com

### NOTICE

This matter will be heard on September 17, 2019 at 10:00 a.m. in the U.S. District Court Building, 110 Main Street, Room 201, Pikeville, Kentucky.

## CERTIFICATE OF SERVICE

I hereby certify that on the August 28, 2019, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via EM/ECF electronic service upon the following:

Dakota G. Cornett
4226 Hwy 343
McRoberts KY  41835

Daryle M. Ronning
Served electronically via ECF

All other parties requesting electronic notice

By:    /s/Michael E. Litzinger
         Michael E. Litzinger,
         Attorney for Trustee